RECEIVED
SEP 2 2 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DARRYL GILBERT EDWARD HEDGE | CIVIL ACTION NO.: 06-244 |
| VERSUS | JUDGE DOHERTY |
| FEDERAL BUREAU OF INVESTIGATION, ET AL | MAGISTRATE JUDGE HILL |

## ORDER ON MOTION FOR LEAVE AND JUDGMENT

Currently pending before the Court is a "Motion for Leave to Amend Pleadings and Response to Magistrate's Recommendation" [Doc. 9], wherein plaintiff seeks leave of Court to amend his civil rights Complaint "to exclude injunctive relief and to exclude all State level defendants and dismiss claims against them with the exception of Mr. Bofil Duhé in his personal capacity." [Doc. 9, p. 1] Plaintiff's motion is GRANTED and the Court has excluded from its review those portions of the Magistrate's Report and Recommendation dealing with "injunctive relief from the State," and those portions of the Report and Recommendation addressing the plaintiff's claims against "all State level defendants" with the exception of Mr. Duhé in his personal capacity.

Furthermore, for the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, and after an independent review of the entire record, including plaintiff's objection to the Report and Recommendation (styled as a "Response to Magistrate's Recommendation"), and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED that plaintiff's civil rights claims are DISMISSED WITH PREJUDICE subject to reassertion if the requirements of Heck v. Humphrey are met.

IT IS FURTHER ORDERED that plaintiff's civil rights claims are DISMISSED WITH PREJUDICE as frivolous, due to failure to state claims upon which relief can be granted and because plaintiff seeks relief against defendants who are immune from suit.

THUS DONE AND SIGNED at Lafayette, Louisiana, this _22_ day of ~~August, 2005~~ September, 2004.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE